**08 CV 2768**

JUDGE BAER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ASUSTEK COMPUTER, INC.,

                              Plaintiff,

    -against-                                      **RULE 7.1 STATEMENT**

                                                                     08 CIV 2768 (HB)

SHANGHAI EASTERN FUDART TRANSPORT
SERVICES CO., LTD., CHINA EASTERN AIRLINES
CO., LTD., CHINA CARGO AIRLINES,
DART EXPRESS (TAIWAN) LTD., ULTRA AIR
CARGO, INC., TRUXTON LOGISTICS CORP. and
M&M TRANSPORT,

                              Defendants.
------------------------------------------------------------------X



MAR 17 2008
U.S.D.C. S.D. N.Y.
CASHIERS

      Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

**NONE**

Dated: New York, New York
       March 12, 2008

                                                                Matthew T. Loesberg (ML-3708)