AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ASUSTEK COMPUTER, INC.,

        Plaintiff,

V.

SHANGHAI EASTERN FUDART TRANSPORT SERVICES CO., LTD.,
CHINA EASTERN AIRLINES CO., LTD., CHINA CARGO
AIRLINES, DART EXPRESS (TAIWAN) LTD.,
ULTRA AIR CARGO, INC., TRUXTON LOGISTICS CORP. and
M&M TRANSPORT,

        Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 CV 2768

JUDGE BAER

TO: (Name and address of defendant)

SEE ATTACHED SCHEDULE B

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

McDERMOTT & RADZIK, LLP
WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK  10005

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

MAR 17 2008

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | April 7th, 2008 |
| NAME OF SERVER (PRINT)<br>GEORGE RUSH | TITLE<br>PROCESS SERVER |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: /SHANGHAI EASTERN FUDART TRANSPORT SERVICES CO., LTD. 339 Fifth Avenue, Suite 502, New York, NY 10016 at 3:01 P.M.

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Ying Zhang, General Agent

[ ] Returned unexecuted: _____

[ ] Other (specify): Description of Ying Zhang: female, yellow, black hair, 5'1", 100 lbs., 23 years of age

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 8th, 2008
Date

Signature of Server
GEORGE RUSH    Lic. No. 0791734
233 Broadway
New York, NY 10279
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SCHEDULE B

SHANGHAI EASTERN FUDART TRANSPORT SERVICES CO., LTD.
5481 W. Imperial Highway Suite 216
Los Angeles, CA 90045

DART EXPRESS (TAIWAN) LTD.
Room A & D, 20/F
International Trade Building
No. 388 Hubin South Road, 361004
Xiamen, China

CHINA EASTERN AIRLINES CO., LTD.
CHINA CARGO AIRLINES
5481 W. Imperial Highway Suite 216
Los Angeles, CA 90045

ULTRA AIR CARGO, INC.
555 S. Isis Avenue
Inglewood, CA 90301

TRUXTON LOGISTICS CORP.
P.O. Box 83104
Los Angeles, CA 90045

M&M TRANSPORT
1325 James Dudly
El Paso, TX 79956