ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

RECEIVED
APR 30 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x  AH-3515
ASUSTEK COMPUTER, INC.,          :

        Plaintiff,               :

          Case No: 08-CV-02768 (HB)

- against -                              :

SHANGHAI EASTERN FUDART          :  **STIPULATION AND ORDER**
TRANSPORT SERVICES CO., LTD.,        **EXTENDING TIME TO**
CHINA EASTERN AIRLINES CO., LTD.,  :  **ANSWER**
CHINA CARGO AIRLINES, DART
EXPRESS (TAIWAN) LTD., ULTRA AIR  :
CARGO, INC., TRUXTON LOGISTICS
CORP. and M&M TRANSPORT,         :

        Defendants.             :
------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff Asustek Computer, Inc. and defendants China Cargo Airlines Ltd. (incorrectly sued as "China Cargo Airlines"), and China Eastern Airlines Co., Ltd., that China Cargo Airlines Ltd., and China Eastern Airlines Co., Ltd.'s time to serve and file a responsive pleading to the Complaint is hereby extended until and including May 9, 2008.

Dated: New York, New York
       April 28, 2008

McDERMOTT & RADZIK, LLP                         CLYDE & CO US LLP

By /s/ Matthew T. Loesberg                           By /s/ Andrew J. Harakas
   Matthew T. Loesberg (ML-3708)                    Andrew J. Harakas (AH-3515)
Wall Street Plaza                                           The Chrysler Building
88 Pine Street                                              405 Lexington Avenue
New York, New York 10005                           New York, New York 10174
(212) 376-6400                                             212-710-3900
Attorneys for Plaintiff                                   Attorneys for Defendants
                                                China Eastern Airlines Co., Ltd., and
                                                China Cargo Airlines Ltd.

SO ORDERED
/s/ Harold Baer 5/5/08
USDJ