ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED
MAY 0 6 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X    GT-9127

ASUSTEK COMPUTER, INC.,

      Plaintiff,

      -against-

SHANGHAI EASTERN FUDART
TRANSPORT SERVICES CO., LTD.,
CHINA EASTERN AIRLINES CO., LTD.,
CHINA CARGO AIRLINES,
DART EXPRESS (TAIWAN) LTD., ULTRA
AIR CARGO, INC., TRUXTON LOGISTICS
CORP. and M&M TRANSPORT,

      Defendants
-------------------------------------------------X

Case No: 08-CV-02768 (HB)

**STIPULATION AND ORDER
EXTENDING TIME TO
RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for

plaintiff ASUSTEK COMPUTER, INC. and defendants SHANGHAI EASTERN FUDART

TRANSPORT SERVICES CO., LTD., CHINA EASTERN AIRLINES CO., LTD. and CHINA

CARGO AIRLINES that the time to serve and file a responsive pleading on behalf of said

defendants be extended to and including May 20, 2008.    HB

This Stipulation supersedes the prior Stipulation of April 28, 2008 and filed May 5, 2008

purportedly on behalf of defendants China Eastern Airlines Co. and China Cargo Airlines.

Dated. New York, New York
    May 6 , 2008

McDERMOTT & RADZIK, LLP

*[handwritten annotation: I we meet this served back will know To 5/20so everyone will know what's happening come the PTC on 5/22/08]*

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By _____
    Matthew T. Loesberg (ML-3708)
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 376-0400
Attorneys for Plaintiff
*F6 61 07 51 (ECL/MM)*

By _____
    George N. Tompkins, III (GT-9127)
150 East 42nd Street
New York, New York 10017
(212) 490-3000
Attorneys for Defendants
China Eastern Airlines Co., Ltd.,
China Cargo Airlines and
Shanghai Eastern Fudart Transport
Services Co., Ltd.

SO ORDERED:

_____
U.S.D.J.

3217954 1