UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x  AH-3515
ASUSTEK COMPUTER, INC.,                                   :

         Plaintiff,                                         :

                                                          Case No: 08-CV-02768 (HB)

  - against -                                                  :

                                                      **RULE 7.1 STATEMENT**

SHANGHAI EASTERN FUDART                                   :
TRANSPORT SERVICES CO., LTD.,
CHINA EASTERN AIRLINES CO., LTD.,                         :
CHINA CARGO AIRLINES, DART
EXPRESS (TAIWAN) LTD., ULTRA AIR                          :
CARGO, INC., TRUXTON LOGISTICS
CORP. and M&M TRANSPORT,                                  :

         Defendants.                                        :
------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for China Eastern Airlines Co., Ltd. ("China Eastern"), certify that the following are parent corporations or publicly held corporations that own more than 10% of stock of China Eastern:

      None

Dated:  New York, New York
        May 30, 2008

                                                CLYDE & CO US LLP


                                                By: _Andrew J Harakas / KT_
                                                   Andrew J. Harakas (AH 3515)
                                                   The Chrysler Building
                                                   405 Lexington Avenue
                                                   New York, New York 10174
                                                   (212) 710-3900

                                                   Attorneys for Defendant
                                                   China Eastern Airlines Co., Ltd.