UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x  AH-3515
ASUSTEK COMPUTER, INC.,                          :

              Plaintiff,                                      :

    - against -                                                :
                                                                          Case No: 08-CV-02768 (HB)

SHANGHAI EASTERN FUDART                    :     **RULE 7.1 STATEMENT**
TRANSPORT SERVICES CO., LTD.,
CHINA EASTERN AIRLINES CO., LTD.,         :
CHINA CARGO AIRLINES, DART
EXPRESS (TAIWAN) LTD., ULTRA AIR          :
CARGO, INC., TRUXTON LOGISTICS
CORP. and M&M TRANSPORT,                    :

              Defendants.                                :
------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for China Cargo Airlines Ltd. (incorrectly sued herein as "China Cargo Airlines" and hereinafter "China Cargo"), certify that the following are parent corporations or publicly held corporations that own more than 10% of stock of China Cargo:

    China Eastern Airlines Co., Ltd.

Dated:  New York, New York
         May 30, 2008

                                      CLYDE & CO US LLP

                                      By: _/s/ Andrew J. Harakas_
                                         Andrew J. Harakas (AH 3515)
                                      The Chrysler Building
                                      405 Lexington Avenue
                                      New York, New York 10174
                                      (212) 710-3900

                                      Attorneys for Defendant
                                      China Cargo Airlines Ltd.