UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
ASUSTEK COMPUTER, INC.,          :
                                 :
                  Plaintiff,     :    08 CV 2768 (HB)
                                 :
     -against-                   :
                                 :
SHANGHAI EASTERN FUDART          :    **RULE 7.1 STATEMENT**
TRANSPORT SERVICES CO. LTD.,     :
CHINA EASTERN AIRLINES CO., LTD, :
CHINA CARGO AIRLINES, DART       :
EXPRESS (TAIWAN) LTD., ULTRA AIR :
CARGO, INC., TRUXTON LOGISTICS   :
CORP. and M&M TRANSPORT,         :
                                 :
                  Defendants.    :
------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Truxton Logistics Corp. certifies that the following are parent corporations or public held corporations that own more than 10% of stock of Truxton Logistics Corp:

      None

Dated: New York, New York
       July 18, 2008

                                  SCHINDEL, FARMAN, LIPSIUS,
                                  GARDNER & RABINOVICH, LLP
                                  Attorneys for Defendant Truxton Logistics Corp.

                     By: _____
                         Jean Gardner ((JG 5544)
                         14 Penn Plaza, Suite 500
                         New York, New York 10122
                         (212) 563-1710
                         File No. 4185.0010